April 4, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

WARREN ALDOUS AND MICHAEL ALDOUS, Appellants

NO. 14-11-01108-CV                                     V.

ERIC BRUSS, Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, Eric Bruss, signed July 22, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellants, Warren Aldous and Michael Aldous, jointly and severally, to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.